AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Gary Nakanishi

**SUMMONS IN A CIVIL ACTION**

V.

United States

CASE NUMBER  1:06CV01906

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 11/6/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  PRO SE  (name and address)

Gary Nakanishi
1750 Kalakaua Avenue # 3-759
Honolulu, Hawaii 96826

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       NOV 06 2006

CLERK                                                         DATE

_Maureen Higgins_
(By) DEPUTY CLERK