AO (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of Columbia _____

Gary Nakanishi

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01906

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 11/6/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro SE ▬▬▬ (name and address)

Gary Nakanishi
1750 Kalakaua Avenue # 3-759
Honolulu, Hawaii 96826

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 6 2006
CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DECEMBER 21, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| GARY NAKANISHI | INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): REGISTERED MAIL U.S. POST OFFICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/06
             Date

Signature of Server

1750 KALAKAUA AVE #3-759  HONOLULU HAWAII 96826
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.