UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GARY NAKANISHI,**

          **Plaintiff,**

     **v.**                                             Civil Action 06-01906 (HHK)

**UNITED STATES GOVERNMENT,**

          **Defendant.**

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

Defendant filed a motion to dismiss plaintiff's complaint on April 27, 2007 [#4]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 1st day of May, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before May 25, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

Henry H. Kennedy, Jr.
United States District Judge