UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY NAKANISHI,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES GOVERNMENT,<br><br>            Defendant. | Civil Action 06-01906 (HHK) |

## ORDER OF DISMISSAL

Defendant filed a motion to dismiss plaintiff's complaint on April 27, 2007 [#4]. On May 1, 2007, the court advised plaintiff of the consequences of failing to respond to a dispositive motion, pursuant to the mandate of *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). In that order, the court advised plaintiff that "the failure to respond [to defendants' motion] may result in the district court granting the motion and dismissing the case." Order (quoting *Fox*, 837 F.2d at 509). Plaintiff did not timely respond.

Accordingly, it is by the court this 1st day of June, 2007, hereby

**ORDERED** that plaintiff's complaint is **DISMISSED**.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge